No. 74–820.   FINK *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 74–828.   CELCER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–837.   WILLIAMS, AKA ERVIN *v.* UNITED STATES. C. A. 4th Cir.   Certiorari denied.

No. 74–902.   INGHAM *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–845.   CHIM MING ET AL. *v.* MARKS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 74–861.   HARWOOD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 74–864.   WILLIAMS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–865.   KOSS ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–886.   BADALAMENTE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–889.   BELL *v.* TAYLOR'S WELDING SERVICE, INC., ET AL.; and
No. 74–1002.   TAYLOR'S WELDING SERVICE, INC., ET AL. *v.* BELL.   Ct. App. La., 3d Cir.   Certiorari denied.